# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DMi PARTNERS, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BYRON UDELL & ASSOCIATES, INC. D/B/A ACCUQUOTE, an Illinois corporation,<br><br>    Defendant. | Case No. 1:14-CV-09825<br><br>Judge: Hon. Sharon Johnson Coleman<br>Mag. Judge: Hon. Susan E. Cox |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff DMi Partners, Inc. ("Plaintiff"), by counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings against Byron Udell & Associates, Inc. d/b/a AccuQuote ("Defendant") on Defendant's Counterclaim for the reasons set forth in Plaintiff's Memorandum in Support contemporaneously filed herewith.

Dated: February 17, 2015

Respectfully submitted,

DMi PARTNERS, INC.

By: /s/ David S. Wayne
David S. Wayne (ARDC No. 6238327)
Elizabeth A. Thompson (ARDC No. 6304148)
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
dwayne@arnstein.com

Karen A. Doner (Va. Bar No. 40999)
Roth Doner Jackson, PLC
8200 Greensboro Dr., Suite 820
McLean, VA 22102
(703) 485-3535 (office)/(703) 485-3525 (fax)
kdoner@rothdonerjackson.com
*Attorneys for Plaintiff*

112261973.1